B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Jack Out Of The Box, LLC**                              Case No.  **10-38809-bjh-11**

                                                                 Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Marla Custard<br>c/o MK Partners<br>1640 Junior Dr.<br>Dallas, TX 75208 | | Investment | | **$250,000.00** |
| Matt Miller<br>4011 Cedar Springs Rd.<br>Dallas, TX  75219 | | Promissory Note | | **$50,000.00** |
| Mary Pat Morris<br>Anderson, Riddle & Kuehler, LLP<br>1604 8th Ave.<br>Fort Worth, TX  76104 | | Promissory Note | | **$50,000.00** |
| Laura McFerrin<br>6210 Belgrade Ave.<br>Dallas, TX 75227 | | Promissory Note | | **$50,000.00** |
| Mike McCrae<br>3001 Maple Ave., Ste. 601<br>Dallas, TX  75201 | | Promissory Note | | **$40,000.00** |
| Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 7346<br>Philadelpia, PA  19101-7346 | | 941 Taxes | | **$40,000.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Jack Out Of The Box, LLC**                                    Case No.    **10-38809-bjh-11**

                                                                        Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Howard Okon<br>c/o Okon Homes<br>2525 Wycliff, Ste. 124<br>Dallas, TX  75219 | | Lawsuit - Promissory Note | | $27,485.54 |
| Cindy Hawkins<br>1817 Marydale Dr.<br>Dallas, TX  75208 | | Promissory Note | | $25,000.00 |
| TABC<br>Attn: Dexter K. Jones<br>P.O. Box 13127<br>Austin, TX  78711 | | Liquor Sales Tax - Jacks Chill Grill Private Club, | | $20,000.00 |
| State of TX Comptroller of Public Accts<br>111 E. 17th St.<br>Austin, TX 78774-0001 | | Sales Taxes | | $20,000.00 |
| Amy Witherite<br>3100 Monticello Ave., Ste. 500<br>Dallas, TX  75205 | | Investment | | $18,000.00 |
| Shelly Youree<br>4700 W. Hanover St.<br>Dallas, TX 75209 | | Promissory Note | | $12,500.00 |
| Metro Route Services, Inc.<br>Ron Adams<br>3419 Royalty Row<br>Irving, TX  75062 | | for Vending - Game Machines/ATM | | $12,500.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Jack Out Of The Box, LLC**             Case No.  **10-38809-bjh-11**

                                                  Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Von E. McClure<br>3724 Dorothy Ave.<br>Dallas, TX  75209 | | Security Agreement | | $15,609.67<br>Value: $4,000.00 |
| Jerranne Ranieri & Sue Wyll<br>Doris Sanders, Ltd.<br>P.O. Box 420211<br>Dallas, TX  75342-0211 | | Promissory Note | | $10,000.00 |
| Liz Schweiger<br>#2 Monte Alto Circle<br>Santa FE, NM  87508 | | Promissory Note w/Andrea Lamar | | $7,036.00 |
| Andrea Lamar<br>1111 N. Oak Cliff Blvd.<br>Dallas, TX  75208 | | Promissory Note with Liz Schwizer | | $7,036.00 |
| Mother Fund<br>316 S. Goliad, Ste. 316<br>Rockwall, TX  75087 | | Business Loan | | $6,643.96 |
| Green Mountain Energy<br>P.O. Box 650001<br>Dallas, TX 75265-0001 | | Pre-Petition Electric - Utility | | $4,300.00 |
| MK 510 Leasing LLC<br>c/o James G. Rea, Attorney<br>2501 N. Harwood, 1800 St. Ann Ct.<br>Dallas, TX 75201 | | Leasehold, restaurant premises of Debtor | | $0.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Jack Out Of The Box, LLC**                                  Case No.  **10-38809-bjh-11**

                                                                                                   Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**1/14/2011**_____                    Signature:  **/s/ Kathryn Janice Jack**_____
                                                                                                   *Kathryn Janice Jack*
                                                                                                   **President**