Jack Out Of The Box, LLC
Balance Sheet
As of _Nov 30, 2010_ AMENDED

09

| Assets | Year to date | Prior Fiscal Year |
|---|---|---|
| Cash and cash items | 1860 | (523) |
| Marketable securities | | |
| Accounts and notes receivable (non-affiliates), net of allowances | | |
| Accounts due from affiliates | | |
| Inventories | | |
|    Raw materials | | |
|    Work in Process | | |
|    Finished goods | | |
|    Long-terms contract costs | | |
|    Supplies | 5900 | 1634 |
|    LIFO reserve | | |
|       Total inventories | | |
| Prepaid expenses | | |
| Other current assets | | |
| Securities of affiliates | | |
| Indebtedness of affiliates (non-current) | | |
| Other investments | | |
| Property, plan and equipment, net of accumulated depreciation and amortization | 87,164 | 108,877 |
| Intangible assets  BONDS State Comptroller | 51,600 | 15,975 |
| Other assets | | |
| Total Assets | 146,524 | 125863 |

| Liabilities and Shareholder's/Partners Equity | Year to date | Prior Fiscal Year |
|---|---|---|
| Account and notes payable (non-affiliates) | | |
| Payables to affiliates  utilities | 9000 | |
| Other current liabilities  mother fund | 14,155 | |
|    Total current liabilities | | |
| Bonds, mortgages, and other long-term debt, including capitalized leases | | |
| Indebtedness to affiliates (non-current) | | |
| Other liabilities  State Comp | 28,995 | |
| Commitments and contingencies | | |
| Creditors → | 407,700 | 357,700 |

Deferred credits
Minority interests in consolidated subsidiaries
Preferred stock subject to mandatory redemption or whose redemption is outside the control of the issuer
    Total liabilities
Shareholders' equity
Total liabilities and shareholders'/partners' equity    459,850

By: _____
Katherine J. Jack, President
KATHRYN