IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| JACK OUT OF THE BOX | § | CASE NO. 10-38809-bjh-11 |
| | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Now comes Grand Bank of Texas, an unsecured creditor herein, and notifies the Court and all other parties that it is withdrawing its unsecured proof of claim in this case. Grand Bank of Texas filed its unsecured claim on or about January 24, 2011 in the amount of $49,413.12, which claim is designated as claim number 3 on the claims register. That claim is no longer owed by the Debtor(s); therefore, Grand Bank of Texas hereby withdraws its claim number 3.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2011, a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully Submitted,
Hagle & Boyle, P.C.
410 N.W. 11th Street
Grand Prairie, TX 75050
(972) 642-0987
(972) 262-5532 *fax*
Email: fhagle@airmail.net

By: /s/ Frank H. Hagle, Jr.
Texas Bar No. 08693500