James G. Rea
State Bar No. 24051234
MCGUIRE, CRADDOCK & STROTHER, P.C.
2501 N. Harwood, Suite 1800
Dallas, Texas  75201
(214) 954-6800 - Telephone
(214) 954-6850 – Telecopier
Email: jrea@mcslaw.com
ATTORNEYS FOR MK 510 LEASING, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-38809-bjh-11 |
| | § | |
| JACK OUT OF THE BOX, LLC, | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | Hearing Set For: 06/23/11 @ 1:15 p.m. |

## OBJECTION TO DEBTOR'S MOTION AND NOTICE
## TO ASSUME UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY

COMES NOW MK 510 LEASING, LLC, ("MK" or "Respondent") and hereby files this Objection to the Debtor's Motion and Notice to Assume Unexpired Lease of Non-Residential Real Property (the "Motion") and would show the Court the following:

1.    MK is Debtor's Landlord for the Debtor's principal business premises at 2303 Pittman St., Dallas, TX (the "Premises").

2.    MK objects to the Debtor's proposed assumption of the lease for the "Premises" for the reason that the Debtor has not proposed a prompt cure to the prepetition monetary defaults defaults.

3.    MK further objects for the reason that the Debtor has failed to offer MK adequate assurance of future performance.

**WHEREFORE,** Respondent prays that the Court take note of its Objection, deny Debtor's Motion and Notice to Assume Unexpired Lease of Non-Residential Real Property and grant MK such other legal and equitable relief as this Court considers proper.

Dated this 20th day of May, 2011.

Respectfully submitted,

**MCGUIRE, CRADDOCK & STROTHER, P.C.**

By:  /s/ James G. Rea  (06/20/11)
**James G. Rea**
State Bar No. 24051234
2501 N. Harwood, Suite 1800
Dallas, Texas 75201
Telephone: (214) 954-6800
Facsimile: (214) 954-6850
Email: jrea@mcslaw.com
**COUNSEL FOR MK 510 LEASING, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading was forwarded by electronic mail and/or U.S. first class regular mail, on the 20th day of June, 2011, to the attached Service List.

/s/James G. Rea   (06/20/11)
**James G. Rea**

| | | |
|---|---|---|
| Jack Out Of The Box, LLC<br>411 N. Clinton Ave<br>Dallas, TX 75208-5115 | Amy Witherite<br>3100 Monticello Ave., Ste. 500<br>Dallas, TX 75205 | Andrea Lamar<br>1111 N. Oak Cliff Blvd.<br>Dallas, TX 75208 |
| Angel Robledo<br>411 N. Clinton Ave.<br>Dallas, TX 75208 | Cindy Hawkins<br>1817 Marydale Dr.<br>Dallas, TX 75208 | Comptroller of Public Accounts<br>111 E. 17th St.<br>Austin, TX 78774-0001 |
| Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie Spindler Huffman, Esq. [ECFmail]<br>2323 Bryan Street Ste 1600<br>Dallas, Texas 75201 | Howard Okon<br>CO Okon Homes<br>2525 Wycliff, Ste. 124<br>Dallas, TX 75219 | IRS<br>1100 Commerce St.<br>MC 5024 DAL<br>Dallas, TX 75242 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jerranne Ranieri & Sue Wyll<br>Doris Sanders, Ltd.<br>P.O. Box 420211<br>Dallas, TX 75342-0211 | Kathy Hewitt<br>2828 Routh St., No. 100<br>Dallas, TX 75201 |
| Laura McFerrin<br>6210 Belgrade Ave.<br>Dallas, TX 75227 | Liz Schweiger<br>2 Monte Alto Circle<br>Santa FE, NM 87508 | Marla Custard<br>c/o MK Partners<br>1640 Junior Dr.<br>Dallas, TX 75208 |
| Mary Pat Morris<br>Anderson, Riddle & Kuehler, LLP<br>1604 8th Ave.<br>Fort Worth, TX 76104 | Matt Miller<br>4033 Wycliff Ave.<br>Dallas, TX 75219 | Metro Route Services, Inc.<br>Ron Adams<br>3419 Royalty Row<br>Irving, TX 75062 |
| Mike McCrae<br>3001 Maple Ave., Ste. 601<br>Dallas, TX 75201 | Robert J .Wright, Esq.<br>CO Howard Okon<br>2525 Wycliff, Ste. 124<br>Dallas, TX 75219 | Shelly Youree<br>4700 W. Hanover St.<br>Dallas, TX 75209 |
| U. S. Attorney General - Dept of Justice<br>10th St. & Pennsylvania Ave. NW<br>Washington, DC 20539 | U.S. Attorney Office<br>1100 Commerce St. Rm. 300<br>Dallas, TX 75242 | Von E. McClure<br>3724 Dorothy Ave.<br>Dallas, TX 75209 |
| Leonard J. Robison II    [ECFmail]<br>Leonard J. Robison II, P.C<br>3626 N. Hall Street, Suite 610<br>Dallas, TX 75219 | UST U.S. Trustee    [ECFmail]<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242-1496 | |